■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CINTRON, Appellant. [63 NYS3d 673]—Judgments, Supreme Court, Bronx County (Ralph Fabrizio, J.), rendered February 11, 2015, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Richter, J.P., Mazzarelli, Kahn and Moulton, JJ.